LANKFORD *et al.* v. TANNER *et al.*

BELL, Chief Justice. This case is controlled by the decision in *Lankford* v. *Milhollin,* ante. *Judgment reversed. All the Justices concur.*